UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARK DOUGLAS HAMIL                              CIVIL ACTION NO. 13-cv-0694-P

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

CHARLES REX SCOTT, ET AL.                       MAGISTRATE JUDGE HAYES

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted and for seeking money damages against defendants who are immune from suit, all in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 4th day of June, 2013.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE